IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DIRK E. ZEITERS AND LOIS J.
ZEITERS, HUSBAND AND
WIFE; RUDY KRAFT AND
MARGARET A. KRAFT,
HUSBAND AND WIFE;
JACKIE BARKER, A SINGLE
WOMAN; ROBERT L. AND
RUTH R. AKERS, HUSBAND
AND WIFE AND MARY ANN
PASKE, A MARRIED WOMAN,

     Appellant,

v.

BEAR, STEARNS & CO., INC.
N/K/A J. P. MORGAN
SECURITIES, LLC AND BEAR
STEARNS SECURITIES CORP.
N/K/A/ J. P. MORGAN
CLEARING CORP.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3229

Opinion filed February 19, 2015.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Marsha L. Lyons of Lyons & Farrar, P.A., Tallahassee, and David L. Mcgee of
Beggs & Lane, Pensacola, for Appellant.

Lorence Bielby and John Londot of Greenberg Traurig, P.A., Tallahassee, and
Arthur D. Felsenfeld of Andrews Kurth LLP, New York, NY, for Appellee.

PER CURIAM.

AFFIRMED. <u>See</u> <u>Walls v. Quick & Reilly, Inc.</u>, 824 So. 2d 1016 (Fla. 5th DCA 2002).

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.